UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**KEITH JOHNSON**                                                                 **CIVIL ACTION**

**VERSUS**                                                                               **NO. 05-1455**

**WARDEN A. LEWIS, ET AL.**                                             **SECTION "K"(4)**

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge and plaintiff's frivolous objections filed on April 21, 2006, hereby approves the Report and Recommendation of the United States Magistrate Judge concerning the 42 U.S.C. § 1983 complaint filed by plaintiff and adopts the Report and Recommendation as its opinion in this matter.

Petitioner filed an "Objection to R&R" in which plaintiff did not raise any legitimate legal argument. In fact, this case is clearly not actionable. As such, the Court finds the Magistrate Judge's Report and Recommendation neither to be manifestly unjust nor plainly erroneous. Accordingly,

**IT IS ORDERED** that Keith Johnson's claims brought pursuant to Title 42 U.S.C. § 1983 against the defendants, Warden A. Lewis, Captain b. Hill Pitman, and Lieutenant Rhodes, are

**DISMISSED WITH PREJUDICE** as frivolous and otherwise for failure to state a claim for which relief can be granted pursuant to Title 28 U.S.C. § 1915(e)(2) and § 1915A and Title 42 U.S.C. § 1997e.

New Orleans, Louisiana, this  24th  day of May, 2006.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE